# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## GREENWOOD DIVISION

| | |
|---|---|
| Latoshia Y. Myers, | Case No: 8:15-cv-03047-BHH-JDA |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Kraft Foods Group, Inc., | |
| Defendant. | |

I, Daryl G. Hawkins, Esq., counsel for the Plaintiffs, hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled.

LAW OFFICE OF DARYL G. HAWKINS, LLC

By:  s/Daryl G. Hawkins
 Daryl G. Hawkins
 Fed Bar # 1781

1331 Elmwood Avenue, Suite 305
Columbia, SC 29201-2150
Email:  dgh@dghlaw.net
(803) 733-3531 Ofc
(803) 744-1949 Fax

February 15, 2016                              *Attorney for the Plaintiff*

### Certification of Service

On this 15th day of February, 2016, I caused the within document to be filed electronically and it is available for viewing and downloading from the ECF system to the registered participants and as identified on the Notice of Electronic Filing.

s/Daryl G. Hawkins
Daryl G. Hawkins, Fed Bar # 1781
Law Office of Daryl G. Hawkins, LLC
